UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. ALLEN,

    Plaintiff,

    v.

SACRAMENTO COUNTY, et al.,

    Defendants.

No. 2:21-cv-0344 DB P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On October 27, 2021, plaintiff was directed to submit an application to proceed in forma pauperis. Plaintiff has now filed an incomplete request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has also not filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint and obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a properly completed application and the certified copy in support of his application to proceed in forma pauperis.

    Additionally, plaintiff did not sign the First Amended Complaint ("FAC"). Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider the FAC unless he signs and re-files it.

1

Accordingly, plaintiff is provided an opportunity to re-file the FAC which bears his signature.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint and the certification required on the application form.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Within thirty days from the date of this order, plaintiff shall re-file a signed First Amended Complaint.

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: November 17, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/alle0344.r11+3e